JOSEPH RESIGNO, as Administrator of the Estate of
ANTHONY RESIGNO, Deceased, Appellant, *v.* F. JAFKA
Co., INC., Respondent, Impleaded with Another.

*Appeal — motion to dismiss denied — motion for leave to file undertaking
granted.*

Reported below, 221 App. Div. 214.

(Argued October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered July 9, 1927, affirming a
judgment in favor of defendant entered upon an order

· Prepared by State Reporter from Appeal Papers

of Special Term granting a motion for dismissal of the complaint.

The motion was made upon the ground that the required undertaking had not been filed.

*Charles B. McLaughlin* for motion.

*Edward Gluck* opposed.

Motion denied, without costs; motion for leave to file undertaking granted, without costs.